FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH L. BOYD, individually and as personal representative of the Estate of Robert L. Boyd,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO: 2:24-CV-00216-RLP<br><br>ORDER ON STIPULATED MOTION FOR ORDER OF DISMISSAL |

Before the Court is the parties' Stipulated Motion for Order of Dismissal, ECF No. 30. The parties stipulate to the dismissal of this action with prejudice. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation for Dismissal, **ECF No. 30**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice, without an award of fees or costs.

ORDER ON STIPULATED MOTION FOR ORDER OF DISMISSAL * 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED October 10, 2025.

---
REBECCA L. PENNELL
United States District Judge

ORDER ON STIPULATED MOTION FOR ORDER OF DISMISSAL * 2